■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YAN BLACKMORE, Appellant. [704 NYS2d 491] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Minardo, J.), rendered June 25, 1996, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, the Supreme Court did not err in granting the People's reverse-*Batson* motion (*see, People v Payne,* 88 NY2d 172; *People v Richie,* 217 AD2d 84).

The defendant's remaining contention lacks merit. Ritter, J. P., Altman, Luciano and Feuerstein, JJ., concur.